# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

————————————————

Case No. 6D23-853
Lower Tribunal No. 18-CF-000186

————————————————

KATRINA MARY DRAKES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

————————————————

Appeal from the Circuit Court for Lee County.
Margaret O. Steinbeck, Judge.

March 5, 2024

PER CURIAM.

AFFIRMED.

STARGEL, WHITE and SMITH, JJ., concur.

Howard L. "Rex" Dimmig, II, Public Defender, and Steven L. Bolotin, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Cynthia Richards, Assistant Attorney General, Tampa, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED